RECEIVED & FILED

**KATHLEEN A. LEAVITT**
Chapter 13 Bankruptcy Trustee
District Of Nevada
201 Las Vegas Blvd South, Suite 200
LAS VEGAS, NEVADA 89101
(702) 853-0713

'11 OCT 11 A10 :46

U.S. BANKRUPTCY COURT
MARY A SCHOTT, CLERK

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

RE: David Lee Jacobsen and
Cindy Lou Jacobsen
1669 Rolling Hills Drive
Las Vegas, NV 89156

BK-S-06-11946-BAM
Chapter 13

**NOTICE OF UNCLAIMED FUNDS**

To: Clerk, United States Bankruptcy Court
From: Kathleen A. Leavitt, Chapter 13 Bankruptcy Trustee

Pursuant to Rules 3010 and 3011, of the Bankruptcy Rules, the following unclaimed funds are being forwarded to you to be deposited in the registry of the United States Bankruptcy Court. These funds can be withdrawn as provided in Chapter 129, Title 28 2042.

| Claim# | Claimant & Address | CAS 106000 | CAS163300 |
|---|---|---|---|
| Claim #20 | Wells Fargo Bank<br>P.O. BOX 30086<br>Los Angeles, CA 90030 | | $744 09 |

*Kathleen A. Leavitt, Trustee*
Kathleen A. Leavitt
Chapter 13 Bankruptcy Trustee

Totals       $744 09
Date: Octoer 11, 2011

NOTE: Claims that are $25.00 or less go into CAS 106000. Claims that are more than
       $25.00 goes into CAS 613300. The amounts that are to be deposited into the
       Registry can be written on one check.
CC: Christopher P. Burke, Esquire
    David Lee & Cindy Louis Jacobsen

Receipt # 304600  $744.19